UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-80032-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

HERBERT REMBERT,
    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND SETTING SENTENCING HEARING

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE #61], dated September 11, 2013. In accordance with 28 U.S.C. §636(b)(1)(C), the court carefully reviewed the defendant's objections to the Report and Recommendation, filed on September 24, 2013, [DE #64]. Having made a *de novo* review with respect to those portions of the report to which written formal objections were lodged, the court is in complete accord with the Magistrate's findings of fact and conclusions of law as set out in the Report and Recommendation and finds the resolution of the issues as recommended by the Magistrate Judge to be sound and well-reasoned and accordingly will adopt the recommended disposition of the motion. It is therefore **ORDERED** and **ADJUDGED**:

1. The Magistrate Judge's Report and Recommendation, [DE #61], is **ADOPTED** and **INCORPORATED** in full.

2. A sentencing hearing will be conducted on **Wednesday, October 9, 2013, at 3:00 p.m.**

in Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this ___1st___ day of October, 2013.

**copy furnished:**
Magistrate Judge James M. Hopkins
AUSA A. Lothrop Morris
Jack A. Fleischman, Esq.

Daniel T. K. Hurley
United States District Judge